LEEMOR REALTY CORPORATION et al., Respondents, *v.* NATHANIEL TONKIN et al., Appellants, and CARLTON-SUMMERFIELD ESTATES, INC., Respondent.

(Submitted February 2, 1926; decided March 2, 1926.)

Motion to amend remittitur denied, with ten dollars costs and necessary printing disbursements. (See 241 N. Y. 546.)

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* PETER J. CANDEAU, Appellant.

*Appeal — failure to file record and briefs.*

Reported below, 215 App. Div. 671.

(Submitted February 23, 1926; decided March 2, 1926.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered October 23, 1925, which affirmed a judgment of the Court of General Sessions in the county of New York rendered upon a verdict convicting the defendant of the crime of forgery in the second degree.

The motion was made upon the grounds that the printed case and points had not been filed and the time for such filing had elapsed.

*Joab H. Banton, District Attorney* (*Matthew F. Mahan* of counsel) for motion.

*Leonard A. Snitkin* opposed.

Motion denied on condition that appellant file and serve printed record on appeal within twenty days and within ten days thereafter serve briefs; otherwise said motion granted.